**Joseph Madison, Jr., by Joseph Madison, Sr., appellee, v. Loose-Wiles Biscuit Company, appellant.**

Action for personal injuries received when defendant's motor truck upon which plaintiff was riding was overturned. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed July 10, 1922. Rehearing denied October 4, 1922.

William J. Lawler and Walter W. Schick, for appellant; Ernest A. Rich, of counsel. A. M. Fitzgerald and W. St. J. Wines, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**John J. Logan, appellee, v. Frank Rees, appellant.**

Action for fraud and deceit in the sale of hogs. Judgment for plaintiff. Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed July 10, 1922. Rehearing denied October 4, 1922.

Louis C. LaCroix, for appellant. John E. Wall, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**H. M. Rudolph, appellee, v. County of Ford et al., appellants.**

Petition for writ of mandamus to compel payment to petitioner of compensation as county superintendent of schools. Petition granted. Appeal from the Circuit Court of Ford county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the April term, 1922. Reversed. Opinion filed July 10, 1922. *Certiorari* denied by Supreme Court (making opinion final).

C. M. Swanson, for appellants. E. J. Pacey and Schneider & Schneider, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**Nancy C. Hess, appellant, v. George A. Minier, appellee.**

Action to recover the value of bonds kept in defendant's safety deposit vault and lost by burglary. Judgment for defendant. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed October 25, 1922. Rehearing denied December 19, 1922.

William Mumford and Barry Mumford, for appellant. Williams & Williams, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.